Reset Form

CAND Pay.gov Application for Refund (rev. 2/2023)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Michael Houchin | 7. **Your Phone Number:** | (866) 276-7637 |
| 2. **Your Email Address: *** | mhouchin@crosnerlegal.com | 8. **Full Case Number (if applicable):** | 4:23-mc-80279 |
| 3. **Receipt Agency Tracking ID:*** | ACANDC-18785027 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 10/27/2023 | | |
| 5. **Transaction Time:*** | 11:02 am | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 402.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

The previous case has been closed: 4:23-mc-80279. We re-filed the documents under a new case number (3:23-cv-05627-LB) and have recently paid the fees on the new case. Receipt#ACANDC-18795274 (for the current/new case).

✓   *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |



Ashley Gutierrez <agutierrez@crosnerlegal.com>

## Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Fri, Oct 27, 2023 at 8:02 PM
Reply-To: ecfhelpdesk@cand.uscourts.gov
To: agutierrez@crosnerlegal.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

  Account Number: 5151098
  Court: CALIFORNIA NORTHERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ACANDC-18785027
  Approval Code: 161576
  Card Number: ************1001
  Date/Time: 10/27/2023 11:02:06 ET

  NOTE: This is an automated message. Please do not reply