1    **CROSNER LEGAL, P.C.**
    Michael T. Houchin (SBN 305541)
2    mhouchin@crosnerlegal.com
    Craig W. Straub (SBN 249032)
3    craig@crosnerlegal.com
    Zachary M. Crosner (SBN 272295)
4    zach@crosnerlegal.com
    9440 Santa Monica Blvd. Suite 301
5    Beverly Hills, CA 90210
    Tel: (866) 276-7637
6    Fax: (310) 510-6429

7    Attorneys for Plaintiff and the Proposed Class

8

9           **UNITED STATES DISTRICT COURT FOR THE**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12    ASHLEY WRIGHT, individually, and on     Case No.: 3:23-cv-05627-LB
    behalf of all others similarly situated,
13                                 **NOTICE OF VOLUNTARY DISMISSAL**
                                   **WITH PREJUDICE**
14             Plaintiff,

15         v.

16    OCEAN SPRAY CRANBERRIES, INC.,

17            Defendant.

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
                                       Case No.: 3:23-cv-05627-LB

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ashley Wright hereby

2 dismisses with prejudice her individual claims against Defendant Ocean Spray Cranberries, Inc.

3 The claims of the putative class, if any, are hereby dismissed without prejudice.

4

5 Dated: March 6, 2024                     **CROSNER LEGAL, P.C.**

6

7                              By: */s/  Michael T. Houchin*
                                    Michael T. Houchin

8                              9440 Santa Monica Blvd. Suite 301
                             Beverly Hills, CA 90210

9                              Tel: (866) 276-7637
                             Fax: (310) 510-6429

10                              mhouchin@crosnerlegal.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

                                                  Case No.: 3:23-cv-05627-LB